**From:** Tom Lam <tlam@cloudflare.com>
**Sent:** Tuesday, January 24, 2023 2:44 PM
**To:** Jeanna A. <JeannaA@adrforum.com>
**Cc:** registrar-udrp@cloudflare.com
**Subject:** Re: 3RD REQUEST: Domain Name Dispute Verification Request - FA2301002027491

To Whom It May Concern:

At the time of this reply, we are not in receipt of a copy of the complaint sent by the Complainant, as required by WIPO Supplemental Rules for Uniform Domain Name Dispute Resolution Policy, paragraph 4(c). We confirm that the following domain name(s) are registered with the Cloudflare Registrar (IANA 1910) using the English language: echopayments.com ("Disputed Domain(s)").

We confirm the UDRP applies to the Disputed Domain(s). We have identified the current registrant name and/or registrant organization of the Disputed Domain(s) below. The Disputed Domain(s) have been locked and will remain in a locked state for the duration of the UDRP proceedings.

The WHOIS information is as follows:

Registrant/Admin/Tech/Billing Name: Jack Casey
Registrant/Admin/Tech/Billing Org: Echo Payments
Registrant/Admin/Tech/Billing Address: 25 N Lake St Forest Lake, Minnesota
Registrant/Admin /Tech/Billing Country: USA
Registrant/Admin/Tech/Billing Postal Code: 55025
Registrant/Admin/Tech/Billing Phone: +1.6128382751
Registrant/Admin/Tech/Billing Email: jack@echopayments.com

# whois.cloudflare.com

Domain Name: ECHOPAYMENTS.COM
Registry Domain ID: 1649140399_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.cloudflare.com
Registrar URL: https://www.cloudflare.com
Updated Date: 2022-03-05T20:03:38Z
Creation Date: 2011-04-04T16:02:12Z
Registrar Registration Expiration Date: 2023-04-04T16:02:12Z
Registrar: Cloudflare, Inc.
Registrar IANA ID: 1910
Domain Status: clienttransferprohibited https://icann.org/epp#clienttransferprohibited
Registry Registrant ID:
Registrant Name: DATA REDACTED
Registrant Organization: DATA REDACTED
Registrant Street: DATA REDACTED

**EXHIBIT A**

Registrant City: DATA REDACTED
Registrant State/Province: Minnesota
Registrant Postal Code: DATA REDACTED
Registrant Country: US
Registrant Phone: DATA REDACTED
Registrant Phone Ext: DATA REDACTED
Registrant Fax: DATA REDACTED
Registrant Fax Ext: DATA REDACTED
Registrant Email: https://domaincontact.cloudflareregistrar.com/echopayments.com
Registry Admin ID:
Admin Name: DATA REDACTED
Admin Organization: DATA REDACTED
Admin Street: DATA REDACTED
Admin City: DATA REDACTED
Admin State/Province: DATA REDACTED
Admin Postal Code: DATA REDACTED
Admin Country: DATA REDACTED
Admin Phone: DATA REDACTED
Admin Phone Ext: DATA REDACTED
Admin Fax: DATA REDACTED
Admin Fax Ext: DATA REDACTED
Admin Email: https://domaincontact.cloudflareregistrar.com/echopayments.com
Registry Tech ID:
Tech Name: DATA REDACTED
Tech Organization: DATA REDACTED
Tech Street: DATA REDACTED
Tech City: DATA REDACTED
Tech State/Province: DATA REDACTED
Tech Postal Code: DATA REDACTED
Tech Country: DATA REDACTED
Tech Phone: DATA REDACTED
Tech Phone Ext: DATA REDACTED
Tech Fax: DATA REDACTED
Tech Fax Ext: DATA REDACTED
Tech Email: https://domaincontact.cloudflareregistrar.com/echopayments.com
Registry Billing ID:
Billing Name: DATA REDACTED
Billing Organization: DATA REDACTED
Billing Street: DATA REDACTED
Billing City: DATA REDACTED
Billing State/Province: DATA REDACTED
Billing Postal Code: DATA REDACTED
Billing Country: DATA REDACTED
Billing Phone: DATA REDACTED
Billing Phone Ext: DATA REDACTED
Billing Fax: DATA REDACTED
Billing Fax Ext: DATA REDACTED
Billing Email: https://domaincontact.cloudflareregistrar.com/echopayments.com
Name Server: hope.ns.cloudflare.com
Name Server: ken.ns.cloudflare.com
DNSSEC: unsigned
Registrar Abuse Contact Email: registrar-abuse@cloudflare.com
Registrar Abuse Contact Phone: +1.4153197517

URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
\>>> Last update of WHOIS database: 2023-01-24T19:42:58Z <<<

On Tue, Jan 24, 2023 at 10:53 AM 'Jeanna A.' via Registrar UDRP <registrar-udrp@cloudflare.com> wrote:

> Dear Registrar,
>
> Please provide verification for the domain name <echopayments.com> as originally requested on January 16, 2023. Your prompt attention to this matter is appreciated.
>
> We look forward to hearing from you.
>
> Sincerely,
>
> **Jeanna A.**
> Case Coordinator
>
> FORUM
> P.O. Box 50191
> Minneapolis, MN  55405
> Phone  800. 474. 2371
> Fax  612. 235. 3355
> E-mail   JeannaA@adrforum.com
> www.adrforum.com
>
> ---
>
> **From:** Jeanna A.
> **Sent:** Thursday, January 19, 2023 10:10 AM
> **To:** registrar-udrp@cloudflare.com
> **Subject:** 2ND REQUEST: Domain Name Dispute Verification Request - FA2301002027491
>
> Dear Registrar,
>
> Please provide verification for the domain name <echopayments.com> as originally requested on January 16, 2023. Your prompt attention to this matter is appreciated.
>
> We look forward to hearing from you.
>
> Sincerely,
>
> **Jeanna A.**
> Case Coordinator
>
> FORUM
> P.O. Box 50191
> Minneapolis, MN  55405
> Phone  800. 474. 2371
> Fax  612. 235. 3355
> E-mail   JeannaA@adrforum.com
> www.adrforum.com

**From:** Jeanna A. [mailto:JeannaA@adrforum.com]
**Sent:** Monday, January 16, 2023 6:54 AM
**To:** registrar-udrp@cloudflare.com
**Subject:** Domain Name Dispute Verification Request - FA2301002027491
**Importance:** High

RE:  ECHO Health, Inc. v. DATA REDACTED
     FA2301002027491
       <echopayments.com>

Dear Registrar,

The FORUM, an ICANN-accredited Dispute Resolution Provider, has received a complaint under the Uniform Domain Name Dispute Resolution Policy (UDRP—
an ICANN consensus policy) for which Cloudflare, Inc. is listed as the Registrar. You are required to provide the following information within two business days per the UDRP Rule 4(b) [see below]:

1.  Confirmation that you are the Registrar for <echopayments.com> and that the Uniform Domain Name Dispute Resolution Policy applies.
2.  Registrant contact information for each of the domain names listed in #1, including billing information (we will assume that whatever you provide us for Registrant contact information includes billing information if you do not specify).
3.  Confirmation that each domain name in #1 is on a Registrar LOCK, or its equivalent, preventing the domain names from being transferred.
4.  The language of the Registration Agreement for each domain name (we will assume it is English unless you advise us otherwise).
5.  Confirmation that the domain name is NOT expired or deleted and that you will not allow the domain to expire or be deleted pending this proceeding.
6.  The current expiration date.
7.  **NOTE** Respondent's name cannot be changed after commencement.

Please note that you will receive a copy of the final complaint from us at commencement. We will notify you upon the conclusion of the administrative proceeding and provide you with a copy of the Panel's decision in this matter at that time.

If you have any questions, please do not hesitate to contact me.


********************************

Rule 4(b) Within two (2) business days of receiving the Provider's verification request, the Registrar shall provide the information requested in the verification request and confirm that a Lock of the domain name has been applied. The Registrar shall not notify the Respondent of the proceeding until the Lock status has been applied. The Lock shall remain in place through the remaining Pendency of the UDRP proceeding. Any updates to the Respondent's data, such as through the result of a request by a privacy or proxy provider to reveal the underlying customer data, must be made before the two (2) business day period concludes or before the Registrar verifies the information requested and confirms the Lock to the UDRP Provider, whichever occurs first. Any modification(s) of the Respondent's data following the two (2) business day period may be addressed by the Panel in its decision. FORUM states that it will use the information provided in response to this inquiry for the sole purpose of administering above-referenced domain name dispute in accordance with all applicable rules, policies, regulations and laws.


**Jeanna A.**

> Domain Dispute Case Coordinator
>
> National Arbitration Forum (FORUM)
> P.O. Box 50191
> Minneapolis, MN 55405
> Phone 800. 474. 2371
> Fax 612. 235. 3355
> E-mail JeannaA@adrforum.com
> www.adrforum.com
>
> *Optimized by Forthright*
>
> *This e-mail message and any attachments are confidential and may be privileged information. If you are not the intended recipient, please notify the sender immediately and destroy all copies of this message and attachments.*

--

**Tom Lam**,

He/Him/His
Sr. Manager: Trust & Safety
Platform Operations
TLam@cloudflare.com
101 Townsend St., San Francisco, CA 94107

1 888 99 FLARE   |   www.cloudflare.com