| | |
|---|---|
| **From:** | Mona E. Cölsch |
| **To:** | service@metrolegal.com |
| **Cc:** | Matthew C. Murphy; Therese S. Matykiewicz |
| **Subject:** | TBO/Frantz Ward: Summons & Complaint for service |
| **Date:** | Monday, March 27, 2023 6:08:40 PM |
| **Attachments:** | image002.png<br>ECHO - 2023-03-27 Plaintiff Summons.pdf<br>ECHO - 2023-03-27 Complaint, Exs A-G.pdf |

Good afternoon!

Would you please serve the attached Summons & Complaint upon Defendant Echo Payments, 25 N Lake St, Forest Lake, MN 55025, tomorrow, if possible?

Thank you so much!
Mona

**MONA COLSCH**
she|her|hers
Legal Administrative Assistant
612.305.7542
mcolsch@nilanjohnson.com

**NILAN JOHNSON LEWIS**<sup>PA</sup>

250 Marquette Avenue South ▪ Suite 800 | Minneapolis ▪ MN 55401
P 612.305.7500 | F 612.305.7501 | www.nilanjohnson.com

**EXHIBIT B**