**From:** Rick Sinner <rsinner@metrolegal.com>
**Sent:** Tuesday, March 28, 2023 4:49 PM
**To:** Mona E. Cölsch <mcolsch@nilanjohnson.com>
**Subject:** Echo

Good afternoon Mona

There was no signage or indication Echo Payments is located at the address provided in Forest Lake. There are many small suites but none of them reference Echo. No one was anywhere to be found. Would you like us to serve this through the MN Secretary of State?

Thank you,

**Rick Sinner**
**Metro Legal Services, Inc.**
330 2nd Avenue South, Suite 150
Minneapolis, MN 55401

```
Direct  612-349-9549
Main    612-332-0202
```
rsinner@metrolegal.com
www.metrolegal.com

**EXHIBIT C**