| | |
|---|---|
| **From:** | Therese S. Matykiewicz |
| **To:** | Rick Sinner |
| **Cc:** | Matthew C. Murphy |
| **Subject:** | RE: Attempted service of Echo Payments |
| **Date:** | Thursday, March 30, 2023 2:48:50 PM |

Hi Rick,

Can you please attempt personal service again. We will then need an affidavit from you explaining your efforts, including the dates and times you attempted service, the fact that there was no signage indicating Echo Payments was present, and that there was no one around.

\*\*\*We now have a file number, and you can reference this matter as: 55410-0001.

Thank you very much.

**THERESE S. MATYKIEWICZ**
she|her|hers
*Legal Administrative Assistant*
612.305.7584
tmatykiewicz@nilanjohnson.com

---

**From:** Rick Sinner <rsinner@metrolegal.com>
**Sent:** Tuesday, March 28, 2023 4:49 PM
**To:** Mona E. Cölsch <mcolsch@nilanjohnson.com>
**Subject:** Echo

Good afternoon Mona

There was no signage or indication Echo Payments is located at the address provided in Forest Lake. There are many small suites but none of them reference Echo. No one was anywhere to be found. Would you like us to serve this through the MN Secretary of State?

Thank you,


**Rick Sinner**
**Metro Legal Services, Inc.**
330 2nd Avenue South, Suite 150
Minneapolis, MN 55401

**EXHIBIT F**

```
Direct  612-349-9549
Main    612-332-0202
```
rsinner@metrolegal.com

www.metrolegal.com