COUNTY OF HENNEPIN

**METRO LEGAL SERVICES**

Rick Sinner, agent for Metro Legal Services, Inc., being duly sworn, on oath, deposes and states that agents in his employ attempted to serve the Summons, Complaint, Exhibts, Civil Cover Sheet upon the within-named Echo Payments, at its last known address located at 25 N Lake St, Forest Lake, County of Washington, State of Minnesota, and was unable to locate any officers or registered agent.

_____ 4/17/2023
Rick Sinner, Process Server

Subscribed and sworn to before me on

4/17/2023

NOU ANNA THAO
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2028

**EXHIBIT G**

RE: ECHO Health