UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ECHO Health, Inc., | Case No.: 0:23-cv-00742-PAM-DTS |
| Plaintiff, | Judge Paul A. Magnuson |
| vs. | **DECLARATION OF JAMES B. NIEHAUS IN SUPPORT OF PLAINTIFF ECHO HEALTH, INC.'S MOTION FOR ALTERNATIVE SERVICE OF PROCESS ON DEFENDANT ECHO PAYMENTS** |
| Echo Payments, | |
| Defendant. | |

I, James B. Niehaus, declare as follows:

1.      I am counsel for Plaintiff, ECHO Health, Inc. ("Plaintiff" or "ECHO Health") in this action. I submit this Declaration in support of ECHO Health's Motion to Allow Alternative Service of Process on Defendant Echo Payments (the "Motion for Alternate Service"). I have personal knowledge of the matters set forth in this Affidavit or the statements are based on business records.

2.      This action was filed because ECHO Health learned that the defendant Echo Payments was operating a website at https://www.echopayments.com (the "website") and that Echo Payments was infringing ECHO Health's federally registered trademarks. Echo Payments does not disclose any contact information on the website, and ECHO Health was unable to locate any information that would enable it to contact Echo Payments to request that it stop its infringing activity. ECHO Health, therefore, initiated a Domain Name Dispute Resolution Proceeding to obtain contact information to communicate with Echo Payments.

3.      Through the dispute resolution process, we obtained Echo Payments' domain registration records from Cloudflare, Inc., the registrar for Echo Payments' website. Those records

01420416-2

**EXHIBIT H**

included a contact name, business address, phone number, and e-mail address to be used for all communications related to Echo Payments' website. A copy of the Domain Name Dispute Verification Request is attached to ECHO Health's Motion for Alternative Service as Exhibit A.

4. Upon obtaining Echo Payments' contact information, I sent a cease-and-desist notice to Echo Payments via email. Echo Payments ignored my cease-and-desist notice. We also tried to contact Echo Payments by phone, but the phone number provided in the domain registration records was invalid.

5. On March 27, 2023, ECHO Health filed this lawsuit and engaged Metro Legal Services, Inc. ("Metro Legal") to personally serve the complaint and summons. Metro Legal was instructed to personally serve Echo Payments at its business address at 25 N. Lake Street, Forest Lake, MN 55025. This was the address we obtained through the domain name dispute process. A copy of Service Instructions is attached to ECHO Health's Motion for Alternative Service as Exhibit B.

6. Metro Legal advised us that when it attempted to serve the complaint and summons at the specified address, it noticed that there was no signage or any other indication that Echo Payments was located at that address. Metro Legal advised us that it made two separate attempts at personal service, but ultimately determined that the physical address provided by Echo Payments was not valid. A copy of Metro Legal's March 28, 2023 correspondence and Affidavit dated April 17, 2023 are attached to ECHO Health's Motion for Alternative Service as Exhibits C & G.

7. Although the phone number and physical address appear to be invalid, we believe the e-mail address in Echo Payments' domain name registration records -- jack@echopayments.com -- is a valid and operational e-mail address. That e-mail address was

01420416-2

used during the Domain Name Dispute Resolution Proceeding for all communications with Echo Payments. Additionally, the same e-mail address was used to provide Echo Payments with a copy of the Complaint and a Request for Waiver of Service. A copy of the e-mail is attached to ECHO Health's Motion for Alternative Service as Exhibit E. At no point did the e-mails "bounce back" or return as "undeliverable" which demonstrates the e-mails were delivered to Echo Payments.

8. Service by e-mail to the e-mail address provided by Echo Payments as part of the domain registration records is both reasonably calculated and the most likely method to reach and notify Echo Payments of this action and afford it an opportunity to be heard.

9. Echo Payments will be alerted and notified of this action by e-mail to jack@echopayments.com.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate. Executed this 18th day of May, 2023, at Cleveland, Ohio.

> /s/ James B. Niehaus
> James B. Niehaus

01420416-2