## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

ECHO Health, Inc.,

       Plaintiff,                                  Case No.: 0:23-cv-00742-PAM-DTS

vs.

Echo Payments,                              Judge Paul A. Magnuson

       Defendant.

## SUMMONS BY PUBLICATION

THE PEOPLE OF THE STATE OF MINNESOTA

**TO THE ABOVE-NAMED DEFENDANT ECHO PAYMENTS:**

You are hereby summoned and required to appear and defend against the claims of the complaint filed with the court in this action, by filing with the clerk of this court an answer or other response. You are required to file your answer or other response within 21 days after the service of this summons upon you. Service of this summons shall be complete on the day of the last publication. A copy of the complaint may be obtained from the clerk of the court. If you fail to file your answer or other response to the complaint in writing within 21 days after the date of the last publication, judgment by default may be rendered against you by the court for the relief demanded in the complaint without further notice.

This is a civil action arising under the laws of the United States and the laws of the State of Minnesota. Plaintiff ECHO Health Inc. seeks monetary damages and injunctive relief as provided in, *inter alia*, 15 U.S.C. §§ 1116, 1117, and 1125 and Minnesota Statute § 325D.44 based upon Defendant Echo Payments' improper and impermissible use of ECHO Health, Inc.'s trademarks.

Dated: _____

Published in the _____.

First Publication: _____, 2023.

Second Publication: _____, 2023.

Third Publication: _____, 2023.

_____
One of the Attorneys for ECHO Health, Inc.

(This summons is issued pursuant to Minnesota Civil Rule 4.04 and U.S. District Court District of Minnesota Judge Paul A. Magnuson order dated _____, 2023.)

01388426-1

**EXHIBIT I**