| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Echo Payments**
**25 N. Lake Street**
**Forest Lake, MN 55025**

3/30/2023  2:19:50PM

9290 9969 0099 9747 0041 78

2. Article Number *(Transfer from service label)*

9214 7969 0099 9790 1647 0041 61

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
    If YES enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

**Domestic Return Receipt**

Reorder Form LCD-811R rev. 05/15

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

NIXIE 553 SE 1 2204/06/23

BC: 55401245400 *2083N095163-01058

**CERTIFIED MAIL™**

) 1647 0041 61

**NILAN JOHNSON LEWIS™**

250 MARQUETTE AVENUE SOUTH, SUITE 800
MINNEAPOLIS, MN 55401
P 612 305 7500  F 612 305 7501
NILANJOHNSON.COM

**Return Receipt Requested**

ECHO PAYMENTS
25 N. Lake Street
Forest Lake, MN 55025





03/30/2023
0388 0011825675

**FP** 🔴 **US POSTAGE**
**$010.20⁰**
First-Class - IM
ZIP 55401

**EXHIBIT D**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ECHO Health, Inc.,                                    Court File No.: 0:_____

        Plaintiff,

vs.                                                    **COMPLAINT**

Echo Payments,

        Defendant.

        For its Complaint against Defendant Echo Payments ("Defendant"), Plaintiff ECHO

Health, Inc. ("ECHO Health") alleges as follows:

## NATURE OF THE ACTION

        1.      This is a civil action arising under the laws of the United States and the laws of the

State of Minnesota.  ECHO Health seeks monetary damages and injunctive relief as provided in,

*inter alia*, 15 U.S.C. §§ 1116, 1117, and 1125 and Minnesota Statute § 325D.44 based upon

Defendant's improper and impermissible use of ECHO Health's trademarks as set forth below.

## THE PARTIES

        2.      ECHO Health, Inc. is an Ohio corporation with its principal place of business at

810 Sharon Drive, Westlake, Ohio 44145.

        3.      Defendant Echo Payments is a legal entity with its principal place of business at 25

N. Lake Street, Forest Lake, MN 55025.

## JURISDICTION AND VENUE

        4.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331(a) because

some of the claims in this Complaint arise under 15 U.S.C. §§ 1114 and 1125(a).  The Court has

jurisdiction over the remaining claims under the doctrine of ancillary jurisdiction.

5.    This Court has personal jurisdiction over Defendant because, upon information and belief, Defendant is a resident of Minnesota.

6.    Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)-(c) because Defendant resides in this judicial district.

## FACTS

7.    ECHO Health is an industry leading provider of payment processing services.

8.    ECHO Health maintains its corporate headquarters in Westlake, Ohio, and services providers and vendors of all sizes across the United States.

9.    ECHO Health was founded in 1997 and has operated a website in connection with its business for over 22 years at the URL, https://www.echohealthinc.com.

10.    On January 1, 2013, ECHO Health began using three ECHO marks in commerce and invested heavily in publicizing the marks in connection with its business. Those marks are as follows:



11.    ECHO Health has registered all three marks as trademarks with the United States Patent and Trademark Office. The goods and services to which the ECHO marks apply are described as:

> Healthcare benefit payment services, namely, bill payment and payment processing; healthcare benefit payment consolidation services, namely, bill consolidation and payment processing consolidation; electronic delivery of healthcare benefit payments, namely, electronic payment services involving electronic processing and subsequent transmission of bill payment data.

Copies of the registrations are attached as Exhibit A (Registration Number 4412021), Exhibit B (Registration Number 4567513), and Exhibit C (Registration Number 4567517).

2

12.    ECHO Health's marks have been prominently displayed on its website, at http://www.echohealthinc.com, and prominently featured in its promotional efforts.

13.    Since January 2013, ECHO Health has also engaged in extensive development efforts to expand its network of electronic-ready payment processing providers and vendors. ECHO Health has used the marks in connection with those efforts.

14.    On August 23, 2016, ECHO Health began using the mark ECHO Payments *Simplified* in commerce and has invested heavily in publicizing the design in connection with its business. That design is as follows:



15.    Since then, the ECHO Payments *Simplified* mark has been prominently displayed on ECHO Health's website and prominently featured in its promotional efforts.

16.    ECHO Health registered the ECHO Payments *Simplified* mark as a trademark with the United States Patent and Trademark Office in August 2016. The goods and services to which the marks apply are described as:

> Facilitating healthcare benefit disbursements, namely, healthcare benefit claims administration; healthcare benefit payment services, namely, bill payment and payment processing; healthcare benefit payment consolidation services, namely, bill consolidation and payment processing consolidation; electronic delivery of healthcare benefit payments, namely, electronic payment services involving electronic processing and subsequent transmission of bill payment data.

A copy of the registration for ECHO Payments *Simplified* (Registration Number 5282626) is attached as Exhibit D.

17.    ECHO Health currently utilizes the ECHO Payments *Simplified* mark to identify it and the services it offers and has used that mark for the last six and a half years.

3

18.     As a result of ECHO Health's investment in publicizing its name and services and the widespread publicity ECHO Health has received since 2013, the relevant public has come to associate the ECHO name and marks with ECHO Health as being the source or origin of its services.

19.     As a result of ECHO Health's efforts to publicize its payment processing services, the consuming public has come to associate the ECHO marks with ECHO Health.

20.     Defendant Ecwho Payments was formed in July 2016, and has operated a website using the domain name echopayments.com since then. A screenshot of Defendant's website as of July 14, 2016, is attached as Exhibit E.

21.     According to its website, Defendant is also in the business of providing payment processing services.

22.     Upon information and belief, in September 2020, Defendant began displaying the following mark on its website using the echopayments.com domain:



A screenshot of Defendant's website as of September 19, 2020, is attached as Exhibit F.

23.     A comparison of Defendant's mark to ECHO Health's mark reveals a striking similarity including, but not limited to, the design, drawing, and words contained therein:

 

4

24.     Defendant's use of the term ECHO in connection with its payment processing services has and is likely to continue to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection or association of Defendant with ECHO Health.

25.     Defendant's use of the echopayments.com domain has and is likely to continue to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendant with ECHO Health.

26.     Defendant's adoption of a mark that has significant design similarities to ECHO Health's mark is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendant with ECHO Health.

27.     Defendant's use of the term ECHO in connection with its payment processing services has and is likely to continue to cause confusion, or to cause mistake, or to deceive as to the source or origin of Defendant's goods, services, or commercial activities as ECHO Health, or as to the sponsorship, or approval of Defendant's goods, services, or commercial activities by ECHO Health.

28.     Defendant's use of the echopayments.com domain has and is likely to continue to cause confusion, or to cause mistake, or to deceive as to the source or origin of Defendant's goods, services, or commercial activities as ECHO Health, or as to the sponsorship, or approval of Defendant's goods, services, or commercial activities by ECHO Health.

29.     Defendant's adoption of a mark that has significant design similarities to the ECHO Payments *Simplified* mark is likely to cause confusion, or to cause mistake, or to deceive as to the source or origin of Defendant's goods, services, or commercial activities as ECHO Health, or as to the sponsorship, or approval of Defendant's goods, services, or commercial activities by ECHO Health.  For example, a recent potential vendor prepared a document for ECHO Health using

5

Defendant's logo, mistakenly thinking it was affiliated, connected, or otherwise associated with ECHO Health.

30. Upon information and belief, Defendant's use of the infringing mark and domain name is nationwide. A list of cities where Defendant provides services is attached as Exhibit G, pgs. 3-8.

31. ECHO Health has been and is likely to continue to be damaged by Defendant's conduct.

32. Defendant was notified of ECHO Health's rights in and to the ECHO name in January 2023. As of the filing of this Complaint, ECHO Health has not received a verbal or written response from Defendant.

## COUNT I
### (Trademark Infringement – 15 U.S.C. §1114)

33. ECHO Health incorporates by reference Paragraphs 1 through 32 of this Complaint.

34. Defendant has, without ECHO Health's consent, used in commerce a colorable imitation of the ECHO Health marks in connection with the sale, offering for sale, or advertising of services on or in connection with which such use is likely to cause confusion, or to cause mistake, or to deceive. Defendant has thereby violated 15 U.S.C. §1114.

35. Defendant's use of the term ECHO, use of the echopayments.com domain, and its adoption of a mark that has significant design similarities to ECHO Health's ECHO Payments *Simplified* mark is a violation of 15 U.S.C. §§ 1114 and 1125(a).

36. ECHO Health has been damaged as a result of Defendant's violation of §§ 1114 and 1125(a).

37. Pursuant to 15 U.S.C. §§ 1116 and 1117, ECHO Health is entitled to injunctive relief, Defendant's profits, any damages sustained by ECHO Health and the costs of this action.

38.     Because Defendant has continued to use the echopayments.com domain despite being put on notice of ECHO Health's rights, and because Defendant adopted the ECHO name and a mark intended to mimic the ECHO Payments *Simplified* mark utilized by ECHO Health, this is an exceptional case entitling ECHO Health to recover its legal fees pursuant to 15 U.S.C. § 1117.

## COUNT II
### (Violation of 15 U.S.C. § 1125(d))

39.     ECHO Health incorporates by reference Paragraphs 1 through 38 of this Complaint.

40.     ECHO Health's marks, including the ECHO Payments *Simplified* mark, are distinctive.

41.     Defendant's mark and echopayments.com domain are confusingly similar to the ECHO Payments *Simplified* mark.

42.     The following graph shows that the .com Top Level Domain is used by more than half of all websites in the world (as of June 2022, 52.8 percent of all global websites used a .com top-level domain):



**Market share of leading TLDs worldwide 2022**
Published by Tiago Bianchi, Nov 30, 2022

As of June 2022, 52.8 percent of global websites used a .com top-level domain. The .org TLD was ranked second with a 4.4 percent market share. The domain name is a component of a uniform resource locator (URL) used to access web pages.

43.     Members of the relevant public who become familiar with ECHO Health and its mark ECHO Payments *Simplified*, will likely first visit the echopayments.com domain in attempt to learn more information about ECHO Health's payment processing services. Upon visiting that site, they will be presented with competing payment processing services offered by Defendant. Members of the relevant public have been and will likely be misled into believing Defendant's goods, services, or commercial activities as those of ECHO Health, or as to the sponsorship, or approval of Defendant's goods, services, or commercial activities by ECHO Health.

44.     Given that ECHO Health's first use of the ECHO marks was in January 2013, and its first use of the ECHO Payments *Simplified* mark was in August 2016, ECHO Health is the senior user for both marks.

45.     Additionally, as the owner of the ECHO trademarks, ECHO Health had exclusive right to use the ECHO marks nationwide as of January 1, 2013, and the exclusive right to use the ECHO Payments *Simplified* mark nationwide as of August 23, 2016, with the goods and descriptions listed in the registration.

46.     Upon information and belief, Defendant Echo Payments did not exist until July 2016, so Defendant has no trademark or intellectual property rights arising from any use of the name "Echo" prior to July 2016. Likewise, upon information and belief, prior to July 2016, Defendant had not used the "Echo" mark in connection with the bona fide offering of any goods or services.

47.     Additionally, upon information and belief, Defendant did not begin using its current mark until September 2020, so Defendant has no trademark or intellectual property rights arising from any use of the mark prior to September 2020. Likewise, upon information and belief, prior to September 2020, Defendant had not used its current mark in connection with the bona fide offering of any goods or services.

8

48.     Defendant's use of its mark on the echopayments.com domain is for commercial purposes and is not a fair use of ECHO Health's ECHO Payments *Simplified* mark.

49.     As evidenced by Defendant's failure to include any identifiable corporation information on its website, including names, phone numbers, or an address associated with the business, Defendant is aware of ECHO Health's rights in and to the ECHO Payments *Simplified* mark and that members of the relevant public are likely to visit the echopayments.com domain in their efforts to learn more about ECHO Health. Defendant is relying on that likelihood in an effort to profit from its use of the domain name and infringing mark.

50.     As a result of the foregoing conduct, Defendant has violated the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d) and, consequently, ECHO Health has been damaged in an amount to be determined at trial.

## COUNT III
### (Violation of Minnesota Statute § 325D.44)

51.     ECHO Health incorporates by reference paragraphs 1 through 50 of this Complaint.

52.     Defendant has, without ECHO Health's consent, used in commerce a colorable imitation of the ECHO Health marks in connection with the sale, offering for sale, or advertising of services on or in connection with which such use is likely to cause confusion, or to cause mistake, or to deceive.

53.     Defendant's use of the echopayments.com domain and its adoption of a mark that has significant design similarities to the ECHO Payments *Simplified* mark is a violation of the Minnesota Deceptive Trade Practices Act, Minn. Stat. § 325D.44.

54.     ECHO Health has been damaged as a result of Defendant's violation of the Minnesota Deceptive Trade Practices Act. Under the Minnesota Deceptive Trade Practices Act, ECHO Health is entitled to injunctive relief, actual damages and attorneys' fees in an amount to be determined at trial.

## COUNT IV
### (Violation of Common Law Trademark Rights)

55.    ECHO Health incorporates by reference paragraphs 1 through 54 of this Complaint.

56.    As the senior user of the marks, ECHO Health has common law trademark rights in the ECHO marks.

57.    Defendant's use of the ECHO mark and the echopayments.com domain is likely to cause confusion as to the source or origin of its goods and services.

58.    Defendant has infringed ECHO Health's common law trademark rights. A list of cities where Defendant provides services is attached as Exhibit G, pgs. 3-8.

59.    ECHO Health has been damaged and will be irreparably damaged if Defendant's infringement is not stopped.

60.    ECHO Health is entitled to injunctive relief to prevent further infringement and its actual damages, including any of Defendant's profits, in an amount to be determined at trial.

## PRAYER FOR RELIEF

WHEREFORE, ECHO Health, Inc. prays for relief as follows:

A.    For a preliminary and permanent injunction preventing Defendant from continued use of the echopayments.com domain and from any use of the word "Echo" that is likely to cause confusion as to the source or origin of goods or services, or any affiliation between ECHO Health, Inc. and Defendant;

B.    For a permanent injunction requiring Defendant to transfer the echopayments.com domain to ECHO Health, Inc.;

C.    For an award of all profits earned by Defendant as a result of its use of the echopayments.com domain;

D.    For an award of ECHO Health, Inc.'s actual damages arising from Defendant's use of the echopayments.com domain;

10

E.     For an award to ECHO Health, Inc. of its legal fees and other litigation costs

incurred in litigation with this litigation;

F.     For such other and further relief as this Court deems just.


Date: March 27, 2023                         **NILAN JOHNSON LEWIS PA**

                                             By: */s/Matthew C. Murphy*
                                                 Stanley E. Siegel (MN #0199552)
                                                 Matthew C. Murphy (MN #0391948)
                                                 250 Marquette Avenue South, Suite 800
                                                 Minneapolis, MN 55401
                                                 (612) 305-7500
                                                 (612) 305-7501 fax
                                                 Email: ssiegel@nilanjohnson.com
                                                         mmurphy@nilanjohnson.com

                                             and

                                                 *Pro Hac Vice* admission pending

                                                 James B. Niehaus (OH #0020128)
                                                 Meghan C. Lewallen (OH #0090762)
                                                 Frantz Ward LLP
                                                 200 Public Square, Suite 3000
                                                 Cleveland, OH 44114
                                                 (216) 515-1660
                                                 (216) 515-1650 fax
                                                 Email: jniehaus@frantzward.com
                                                         mlewallen@frantzward.com

                                             *Counsel for Plaintiff*

11



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Jan 12 03:47:21 EST 2023*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status ( *Use the "Back" button of the Internet Browser to return to TESS*)



| | |
|---|---|
| **Word Mark** | **ECHO HEALTHCARE PAYMENT SYSTEMS** |
| **Goods and Services** | (CANCELLED) IC 036. US 100 101 102. G & S: Healthcare benefit payment services, namely, bill payment and payment processing; healthcare benefit payment consolidation services, namely, bill consolidation and payment processing consolidation; electronic delivery of healthcare benefit payments, namely, electronic payment services involving electronic processing and subsequent transmission of bill payment data. FIRST USE: 20130101. FIRST USE IN COMMERCE: 20130101 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 07.07.03 - Roofs, dwelling or building |
| **Serial Number** | 85669266 |
| **Filing Date** | July 5, 2012 |
| **Current Basis** | 7A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | March 19, 2013 |
| **Registration Number** | 4412021 |
| **Registration Date** | October 1, 2013 |
| **Owner** | (REGISTRANT) ECHO Health, Inc. CORPORATION OHIO 868 Corporate Way Westlake OHIO 44145 |
| **Attorney of Record** | Sandra M. Koenig |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "HEALTHCARE PAYMENT SYSTEMS" APART FROM THE MARK AS SHOWN |

**EXHIBIT A**

| | |
|---|---|
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of a sketch of a building structure, consisting of a chevron forming a roof, two columns, each formed by two lines, below the roof, and two horizontal lines below the two columns. The building structure is to the left of the word "ECHO." Below the building structure and the word "ECHO" is the wording "HEALTHCARE PAYMENT SYSTEMS". |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | DEAD |
| **Cancellation Date** | June 5, 2020 |

TESS HOME    NEW USER    STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG    TOP    HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Jan 12 03:47:21 EST 2023*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | ECHO |
| **Goods and Services** | IC 036. US 100 101 102. G & S: Healthcare benefit payment services, namely, bill payment and payment processing; healthcare benefit payment consolidation services, namely, bill consolidation and payment processing consolidation; electronic delivery of healthcare benefit payments, namely, electronic payment services involving electronic processing and subsequent transmission of bill payment data. FIRST USE: 20130101. FIRST USE IN COMMERCE: 20130101 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 07.01.06 - Other houses<br>07.09.03 - Columns<br>26.17.01 - Bands, straight ; Bars, straight ; Lines, straight ; Straight line(s), band(s) or bar(s)<br>26.17.04 - Bands, vertical ; Bars, vertical ; Lines, vertical ; Vertical line(s), band(s) or bar(s)<br>26.17.05 - Bands, horizontal ; Bars, horizontal ; Horizontal line(s), band(s) or bar(s) ; Lines, horizontal<br>26.17.12 - Angles (geometric) ; Chevrons |
| **Serial Number** | 86124250 |
| **Filing Date** | November 20, 2013 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 29, 2014 |
| **Registration Number** | 4567513 |
| **Registration Date** | July 15, 2014 |
| **Owner** | (REGISTRANT) ECHO Health, Inc. CORPORATION OHIO 868 Corporate Way Westlake OHIO 44145 |
| **Attorney of Record** | Sandra M. Koenig |
| **Prior** | 4412021;4448560 |

**EXHIBIT B**

**Registrations**

| | |
|---|---|
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of a sketch of a building structure, consisting of a chevron forming a roof, two columns, each formed by two lines, below the roof, and two horizontal lines below the two columns. The building structure is to the left of the word "ECHO". |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME    NEW USER    STRUCTURED    FREE FORM    BROWSE DICT    SEARCH OG    TOP    HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Contacts|eBusiness|eBiz alerts|News

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Jan 12 03:47:21 EST 2023*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# ECHO

| | |
|---|---|
| **Word Mark** | ECHO |
| **Goods and Services** | IC 036. US 100 101 102. G & S: Healthcare benefit payment services, namely, bill payment and payment processing; healthcare benefit payment consolidation services, namely, bill consolidation and payment processing consolidation; electronic delivery of healthcare benefit payments, namely, electronic payment services involving electronic processing and subsequent transmission of bill payment data. FIRST USE: 20130101. FIRST USE IN COMMERCE: 20130101 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86124298 |
| **Filing Date** | November 20, 2013 |
| **Current Basis** | ?A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 29, 2014 |
| **Registration Number** | 4567517 |
| **Registration Date** | July 15, 2014 |
| **Owner** | (REGISTRANT) ECHO Health, Inc. CORPORATION OHIO 868 Corporate Way Westlake OHIO 44145 |
| **Attorney of Record** | Sandra M. Koenig |
| **Prior Registrations** | 4412021;4448560 |
| **Type of Mark** | SERVICE MARK |

**EXHIBIT C**

**Register**     PRINCIPAL
**Affidavit Text** SECT 15. SECT 8 (6-YR).
**Live/Dead**    LIVE
**Indicator**

TESS HOME   NEW USER   STRUCTURED  FREE FORM  BROWSE DICT  SEARCH OG    TOP    HELP

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Jan 12 03:47:21 EST 2023*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | **SEARCH OG** | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

ECHO
——— Payments *Simplified*

| **Word Mark** | **ECHO PAYMENTS SIMPLIFIED** |
|---|---|
| **Goods and Services** | IC 036. US 100 101 102. G & S: Facilitating healthcare benefit disbursements, namely, healthcare benefit claims administration; healthcare benefit payment services, namely, bill payment and payment processing; healthcare benefit payment consolidation services, namely, bill consolidation and payment processing consolidation; electronic delivery of healthcare benefit payments, namely, electronic payment services involving electronic processing and subsequent transmission of bill payment data. FIRST USE: 20160823. FIRST USE IN COMMERCE: 20160823 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.17.01 - Bands, straight; Bars, straight; Lines, straight; Straight line(s), band(s) or bar(s) <br> 26.17.05 - Bands, horizontal; Bars, horizontal; Horizontal line(s), band(s) or bar(s); Lines, horizontal |
| **Serial Number** | 87142577 |
| **Filing Date** | August 18, 2016 |
| **Current Basis** | 7A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | November 15, 2016 |
| **Registration Number** | 5282626 |
| **Registration Date** | September 5, 2017 |
| **Owner** | (REGISTRANT) ECHO Health, Inc. CORPORATION OHIO 868 Corporate Way Westlake OHIO 44145 |
| **Attorney of Record** | Sandra M. Koenig |
| **Prior Registrations** | 4567513;4567517 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PAYMENTS" APART FROM THE MARK AS |

**EXHIBIT D**

SHOWN

**Description of Mark** Color is not claimed as a feature of the mark. The mark consists of the word "ECHO" in large letters above a short horizontal line and the words "Payments Simplified" to the right of the line.

**Type of Mark** SERVICE MARK

**Register** PRINCIPAL

**Live/Dead Indicator** LIVE

TESS HOME    NEW USER    STRUCTURED   FREE FORM   BROWSE DICT   **SEARCH OG**    TOP    HELP

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Wayback Machine

www.echopayments.com

July 14, 2016



In partnership with 1QuestPayments, Echo Payments has discovered the best rates for credit card processing anywhere in the country. Start saving today!



**EXHIBIT E**

Wayback Machine

www.echopayments.com

September 19, 2020





**EXHIBIT F**

Echo Payments   Merchant Services

## Merchant Services by Echo Payments

Echo Payments offers card payment systems for your smartphone or tablet at a price that beats every other brand.

Table of Contents:

Features

Styles

Boost

Benefits

With a credit card scanner that can attach to your phone, being able to do business on the fly these days is easier than ever. Whether it's your s
phone or tablet, your business can swipe mobile payments no matter where you are. Technology continues to grow, so should your business
transactions. Many businesses can benefit from using a mobile credit card machine because of how easy and quick it is.



**EXHIBIT G**

## Advantages of Merchant Services

Multiple configurations mean your credit card machine is fully customizable to fit your business.

Our low processing rates allow you to save money on every swipe mobile transaction, giving you an edge over the competition.

Extraordinary customer service allows you to be up to date with the latest equipment and software.

Online credit card payment is ideal for businesses that want their customers to have quick and easy transactions, often times while on the move.

## Phone Readers and Apps

We use a variety of different readers depending on which one suits your company the best. Here are a few of the most popular. Keep in mind the are free services.



**Rambler 3.0 by Anywhere Commerce** The Rambler 3.0 is very flexible allowing it to fit on any device whether it's an iPhone or a tablet. Converti your phone into a POS terminal has never been so easy. It has a built in battery which helps keep your device from losing power.

**Walker 1.0 by Anywhere Commerce** The Walker 1.0 is ideal for businesses looking to integrate into the iPhone and tablet world. Processing EMV and a signature pad makes business easier than ever. Encrypting data as soon as the card is swiped allows customers to feel secure their infor is safe.

**Aprivapay Plus** Apriva is great for small and mid-size business. It can help turn your tablet or iphone into a POS terminal in minutes. EMV read system is moving forward with technology. Whether your business is on the fly or stationary let this Ap do the work for your.

**MX Express** This ap has it all. Accepting credit card payments has never been so easy. With gratutity options, print, email, or SMS text, custome receipts are now easier than ever. This POS terminal will allow you to keep track of every transaction.

## Boost Your Business

Using an iPhone credit card scanner has never been so easy. The cost is minimal and the upside is more business. Being able to accept credit c while on the go hasn't been an option until a few years ago. Now we have mastered it and are ready to help you get the lowest rate while using newest technology. Get transactions done at a quicker rate with out the hassle.

## Benefits

There are many benefits having a credit card machine for your phone or tablet. From convenience to quick paymnets, mobile credit card reader boost your business today. More reasons to choose mobile card scanners are:

**No upfront costs if you already own an iPhone, Android device, tablet, etc.** With our free equiptment all you have to do is plug in your mobi reader to your device and your ready to go. It's that easy.

**Credit cards can be processed anywhere** The abiility to charge customers from the back of your trunk or after giving a lesson, mobile reade make processing payments easier, faster, and more efficent. If your business constantly has you on the go, don't let credit card processing h you back, sign up today with one of our experts and get a free quote now!

**Smaller is better** Instead of a bulky cash register or a large computer monitor, a mobile card reader is more versatile, fast, and reliable. Addir on a cash drawer or printer is always an option.

## Top Service Areas

AK

Anchorage, AK

AL

Birmingham, AL                                                          Huntsville, AL
Mobile, AL                                                              Montgomery, AL

AR

Fayetteville, AR                                                        Little Rock, AR

AZ

Avondale, AZ                                                            Chandler, AZ
Gilbert, AZ                                                             Glendale, AZ
Mesa, AZ                                                                Phoenix, AZ
Scottsdale, AZ                                                          Tucson, AZ

## CA

| | |
|---|---|
| Anaheim, CA | Antioch, CA |
| Bakersfield, CA | Chula Vista, CA |
| Concord, CA | Fontana, CA |
| Fremont, CA | Fresno, CA |
| Glendale, CA | Huntington Beach, CA |
| Indio, CA | Irvine, CA |
| Lancaster, CA | Long Beach, CA |
| Los Angeles, CA | Mission Viejo, CA |
| Modesto, CA | Moreno Valley, CA |
| Murrieta, CA | Oakland, CA |
| Oxnard, CA | Riverside, CA |
| Sacramento, CA | San Bernardino, CA |
| San Diego, CA | San Francisco, CA |
| San Jose, CA | Santa Ana, CA |
| Santa Barbara, CA | Santa Clarita, CA |
| Santa Rosa, CA | Stockton, CA |
| Thousand Oaks, CA | Victorville, CA |
| Visalia, CA | |

## CO

| | |
|---|---|
| Aurora, CO | Colorado Springs, CO |
| Denver, CO | Fort Collins, CO |

## CT

| | |
|---|---|
| Bridgeport, CT | Hartford, CT |
| New Haven, CT | Norwich, CT |

## DC

Washington, DC

## FL

| | |
|---|---|
| Bonita Springs, FL | Cape Coral, FL |
| Hialeah, FL | Jacksonville, FL |
| Kissimmee, FL | Lakeland, FL |
| Miami, FL | Orlando, FL |
| Palm Bay, FL | Palm Coast, FL |
| Pensacola, FL | Port Saint Lucie, FL |
| Saint Petersburg, FL | Sarasota, FL |
| Tallahassee, FL | Tampa, FL |
| Winter Haven, FL | |

## GA

| | |
|---|---|
| Atlanta, GA | Augusta, GA |
| Columbus, GA | Savannah, GA |

## HI

Honolulu, HI

## IA

Davenport, IA                                           Des Moines, IA

## ID

Boise, ID

## IL

Aurora, IL                                              Chicago, IL
Peoria, IL                                              Rockford, IL
Round Lake Beach, IL

## IN

Evansville, IN                                          Fort Wayne, IN
Indianapolis, IN                                        South Bend, IN

## KS

Wichita, KS

## KY

Lexington, KY                                           Louisville, KY

## LA

Baton Rouge, LA                                         Lafayette, LA
New Orleans, LA                                         Shreveport, LA

## MA

Boston, MA                                              Springfield, MA
Worcester, MA

## MD

Baltimore, MD

## ME

Portland, ME

## MI

| | |
|---|---|
| Ann Arbor, MI | Detroit, MI |
| Flint, MI | Grand Rapids, MI |
| Kalamazoo, MI | Lansing, MI |

## MN

Minneapolis, MN

Saint Paul, MN

## MO

| | |
|---|---|
| Kansas City, MO | Saint Louis, MO |
| Springfield, MO | |

## MS

Gulfport, MS

Jackson, MS

## NC

| | |
|---|---|
| Asheville, NC | Charlotte, NC |
| Concord, NC | Durham, NC |
| Fayetteville, NC | Greensboro, NC |
| Hickory, NC | Raleigh, NC |
| Wilmington, NC | Winston-Salem, NC |

## ND

Fargo, ND

## NE

Lincoln, NE

Omaha, NE

## NH

Nashua, NH

## NJ

Atlantic City, NJ
Newark, NJ

Jersey City, NJ
Trenton, NJ

## NM

Albuquerque, NM

## NV

Henderson, NV
North Las Vegas, NV

Las Vegas, NV
Reno, NV

## NY

Albany, NY
Brooklyn, NY
Manhattan, NY
Poughkeepsie, NY
Rochester, NY
Syracuse, NY

Bronx, NY
Buffalo, NY
New York, NY
Queens, NY
Staten Island, NY
Yonkers, NY

## OH

Akron, OH
Cincinnati, OH
Columbus, OH
Toledo, OH

Canton, OH
Cleveland, OH
Dayton, OH
Youngstown, OH

## OK

Oklahoma City, OK

Tulsa, OK

## OR

Eugene, OR
Salem, OR

Portland, OR

## PA

Allentown, PA
Lancaster, PA
Pittsburgh, PA
Scranton, PA

Harrisburg, PA
Philadelphia, PA
Reading, PA
York, PA

A Savings Guide For Merchant Services

## RI

Providence, RI

## SC

Charleston, SC                                                      Columbia, SC
Greenville, SC                                                      Myrtle Beach, SC

## TN

Chattanooga, TN                                                    Knoxville, TN
Memphis, TN                                                        Nashville, TN

## TX

Amarillo, TX                                                        Arlington, TX
Austin, TX                                                          Brownsville, TX
College Station, TX                                                 Corpus Christi, TX
Dallas, TX                                                          Denton, TX
El Paso, TX                                                         Fort Worth, TX
Garland, TX                                                         Houston, TX
Irving, TX                                                          Killeen, TX
Laredo, TX                                                          Lubbock, TX
McAllen, TX                                                         McKinney, TX
Plano, TX                                                           San Antonio, TX

## UT

Ogden, UT                                                          Provo, UT
Salt Lake City, UT

## VA

Chesapeake, VA                                                     Norfolk, VA
Richmond, VA                                                       Roanoke, VA
Virginia Beach, VA

## WA

Bremerton, WA                                                      Kennewick, WA
Seattle, WA                                                        Spokane, WA
Tacoma, WA

## WI

Appleton, WI                                                       Green Bay, WI
Madison, WI                                                        Milwaukee, WI

WAS THIS ARTICLE HELPFUL?

👍 6

Post a Comment

**Sampson S.**
www.alluvit.com

What's the best type of system for a gas station?

Reply    07/10/19 01:09 PM

**Tanya**

@Patricia P. wish we had found this about two years ago

Reply    07/09/19 06:09 PM

**Patricia P.**

love it!

Reply    07/09/19 06:07 PM

**Tommy**

I wish I had found you guys sooner

Reply    07/09/19 05:54 PM

**Mike**

I can't believe how cheap your rates are! Way better than I'm paying with Square

Reply    07/29/19 06:03 PM

**Mitchell**

Thanks for the info! I've been looking everywhere for rates

Reply    07/09/19 06:56 PM

**Echo Payments**

You're welcome, mitchell!

07/13/19 10:55 AM

⏱ Article Updated                                                                                        Jul 20, 2

👍 Upvotes                                                                                                        I

💬 Comments

Other Helpful Articles

Online Payment Processing

Point Of Sale Scanners

WHAT OUR CUSTOMERS SAY

I was able to get a lower rate AND free equipment. The tech came to my office and set everything up pretty quickly. Very happy with the service.

**Hector K.**

I couldn't do business without payment processing! Echo payments has been a quick solution to get my business off the ground.

**Lilian P.**

My point of sale system is great for my business. To be honest, I haven't tried many systems and didn't need to. The one I'm using worked ou of the box.

**Jenny S.**

## Save up to 30% by comparing prices today!

**Compare Pricing**

**ANSWER A FEW QUESTIONS TO GET STARTED**

Select Category

Zip Code

Start

---

Echo Payments
© Copyright 2023 | Terms | Privacy Policy

Customer Login    Job Postings

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Minnesota   ▼

| | |
|---|---|
| ECHO Health, Inc. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 0:23−cv−00741−PAM−DTS |
| Echo Payments | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Matthew C. Murphy
_____

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____03/30/2023_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name of party waiving service of summons*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the

District of Minnesota ▼

| | |
|---|---|
| ECHO Health, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 0:23−cv−00741−PAM−DTS |
| Echo Payments ) | |
| *Defendant* ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To: Matthew C. Murphy
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from            03/30/2023            , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____          _____
                                                    *Signature of the attorney or unrepresented party*

_____          _____
*Printed name of party waiving service of summons*          *Printed name*

                                                    _____
                                                    *Address*

                                                    _____
                                                    *E-mail address*

                                                    _____
                                                    *Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the
District of Minnesota    ▼

| | |
|---|---|
| ECHO Health, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 0:23-cv-00741-PAM-DTS |
| Echo Payments ) | |
| *Defendant* ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Echo Payments

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: ____03/30/2023____

_____/s/ Matthew C. Murphy_____
*Signature of the attorney or unrepresented party*

_____Matthew C. Murphy_____
*Printed name*

Nilan Johnson Lewis PA
250 Marquette Avenue South, Ste 800
Minneapolis, MN 55401
*Address*

_____mmurphy@nilanjohnson.com_____
*E-mail address*

_____(612) 305-7500_____
*Telephone number*

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
### for the
District of Minnesota  ▼

|  |  |
|---|---|
| ECHO Health, Inc. | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No.  0:23-cv-00741-PAM-DTS |
| Echo Payments | ) |
| *Defendant* | ) |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:  Echo Payments

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within **30** days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:  03/30/2023

/s/ Matthew C. Murphy
*Signature of the attorney or unrepresented party*

Matthew C. Murphy
*Printed name*

Nilan Johnson Lewis PA
250 Marquette Avenue South, Ste 800
Minneapolis, MN 55401
*Address*

mmurphy@nilanjohnson.com
*E-mail address*

(612) 305-7500
*Telephone number*