| | |
|---|---|
| From: | Therese S. Matykiewicz |
| To: | jack@echopayments.com |
| Cc: | Matthew C. Murphy |
| Subject: | ECHO |
| Date: | Thursday, March 30, 2023 3:12:25 PM |
| Attachments: | image002.png |
| | ECHO - Waiver of Service of Summons.pdf |
| | ECHO - ECF 1 Plaintiff ECHO Health, Inc."s Complaint with Exhibists A-G.pdf |
| | ECHO - Notice of Lawsuit and Request to Waiver Service.pdf |

Good afternoon,

Attached hereto and served upon you please find Plaintiff's Complaint, 2 copies of the Waiver of Service of Summons, and 2 copies of the Notice of Lawsuit and Request to Waive Service.

*Sent on behalf of Matthew C. Murphy. Please direct any response to Mr. Murph copied hereto.*



**THERESE S. MATYKIEWICZ**
she|her|hers
Legal Administrative Assistant
612.305.7584
tmatykiewicz@nilanjohnson.com

**NILAN JOHNSON LEWIS**[PA]
250 Marquette Avenue South ▪ Suite 800 | Minneapolis ▪ MN 55401
P 612.305.7500 | F 612.305.7501 | www.nilanjohnson.com

**EXHIBIT E**