**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

ECHO Health, Inc.,

    Plaintiff,

v.

Echo Payments,

    Defendant.

Case No. 23-cv-741 (PAM/DTS)

**ORDER**

---

After several attempts to personally serve the Defendant Echo Payments, Plaintiff ECHO Health moved to effectuate service of process via e-mail [Dkt. No. 11]. Based on the filings and records in this case and for good cause shown,

**IT IS HEREBY ORDERED**: ECHO Health's Motion to Allow Alternative Service of Process on Defendant Echo Payments [Dkt. No. 11] is **GRANTED** and ECHO Health is authorized to serve Defendant Echo Payments via email.

Dated: May 25, 2023

        s/David T. Schultz
DAVID T. SCHULTZ
United States Magistrate Judge