**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| ECHO Health, Inc., | Case No.: 0:23-cv-00741-PAM-DTS |
| Plaintiff, | Judge Paul A. Magnuson |
| vs. | Magistrate Judge David T. Schultz |
| Echo Payments, | |
| Defendant. | |

---

## REQUEST FOR ENTRY OF DEFAULT

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff ECHO Health, Inc. ("ECHO Health") hereby gives notice that Defendant Echo Payments ("Echo Payments") is in default and requests that the Clerk of the Court enter a default against Echo Payments.

On March 27, 2023, ECHO Health filed the Complaint in this action [ECF 1]. As set forth on this Court's docket, service of the Summons and Complaint was perfected upon Echo Payments on May 25, 2023 [ECF 15]. Therefore, Echo Payments' answer or responsive pleading was due on or before June 15, 2023. Fed. R. Civ. P. 12. To date, Defendant Echo Payments has failed to answer or otherwise plead within the time required by law, or at all.

Accordingly, ECHO Health requests that the Clerk of Court enter default against Defendant Echo Payments as to the claims contained in the Complaint.

**FRANTZ WARD LLP**


*/s/ James B. Niehaus*

James B. Niehaus *(admitted pro hac vice)*
Meghan C. Lewallen *(admitted pro hac vice)*
200 Public Square, Suite 3000
Cleveland, OH 44114
(216) 515-1660
(216) 515-1650 fax
Email: jniehaus@frantzward.com
      mlewallen@frantzward.com


*and*


Stanley E. Siegel
Matthew C. Murphy
NILAN JOHNSON LEWIS PA
250 Marquette Avenue South, Suite 800
Minneapolis, MN 55401
(612) 305-7500
(612) 305-7501 fax
Email: ssiegel@nilanjohnson.com
      mmurphy@nilanjohnson.com


*Counsel for Plaintiff ECHO Health, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on June 22, 2023, the foregoing was filed electronically and will be served via e-mail to the following:

Jack Casey
Echo Payments
jack@echopayments.com

_/s/ James B. Niehaus_

_One of the Attorneys for Plaintiff ECHO Health, Inc._